DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN COLEMAN, M.D., JUSTIN BARTL, P.A.-C** and
**SOUTH PALM ORTHOPEDICS, P.A.**,
Appellants,

v.

**WILLIAM MARKS,** Individually and as Personal Representative
of the Estate of **JEANNE MARKS,** deceased,
Appellee.

No. 4D17-2268

[October 18, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502015CA013574XXXXMB.

Dinah Stein and Mark Hicks of Hicks, Porter, Ebenfeld & Stein, P.A., Miami, and Keith J. Puya of the Law Offices of Keith J. Puya, P.A., Palm Beach Gardens, for appellants.

Rebecca Bowen Creed and Bryan S. Gowdy of Creed & Gowdy, P.A., Jacksonville, and Peter Spillis of Kelley Uustal, PLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***